# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

MICHAEL C. RUFFIN,

    Plaintiff,

v.                                CASE NO. 4:09cv326-RH/AK

KAREN BROWN,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation (document 7). No objections have been filed.

The recommendation is for dismissal of this case on two grounds: first, that the plaintiff has not paid the filing fee or filed a properly supported motion for leave to proceed in forma pauperis as required by prior orders; and second, that the claim is barred by the statute of limitations. This order accepts the recommendation for dismissal on the first ground only and adopts the corresponding part of the report as the court's opinion. Accordingly,

    IT IS ORDERED:

The clerk must enter judgment stating, "The complaint is DISMISSED for

failure to pay the filing fee or to file a properly supported motion for leave to proceed in forma pauperis." The clerk must close the file.

SO ORDERED on January 19, 2010.

s/Robert L. Hinkle  
United States District Judge